```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 14197
   MARIA HERNANDEZ
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-0685


-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/07/07 .

     2.  The case was dismissed without confirmation, 11/16/2007.

     3.  The Debtor paid a total of $   2700.00 .

-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
WELLS FARGO HOME MTGE      CURRENT MORTG        .00            .00            .00
WELLS FARGO HOME MTGE      MORTGAGE ARRE  NOT FILED            .00            .00
AMERICREDIT FINANCIAL      SECURED VEHIC       .00             .00            .00
CITY OF CHICAGO            PRIORITY       NOT FILED            .00            .00
WILL COUNTY TREASURER      PRIORITY       NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED      NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED      NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED      NOT FILED            .00            .00
GREAT AMERICAN FINANCE     UNSECURED      NOT FILED            .00            .00
WALMART                    UNSECURED      NOT FILED            .00            .00
         Summary of disbursements:
-----------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED     OTHER        TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00         .00          .00          .00
PRINCIPAL PAID          .00         .00         .00          .00          .00
INTEREST PAID           .00         .00         .00          .00          .00
TOTAL PAID              .00         .00         .00          .00          .00
The Debtor's attorney, JILL ROSE QUINN              , was allowed $       .00
and was paid $      .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $   2700.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.




   Dated: 02/11/08                    /S/
                                GLENN STEARNS
```

CHAPTER 13 TRUSTEE

                         PAGE   2
    CASE NO. 07 B 14197 MARIA HERNANDEZ